IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL FIGUEROA, *et al*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>POINT PARK UNIVERSITY,<br><br>　　　　　　　Defendant. | )  Civil Action No. 2:20-cv-01484<br>)<br>)  Magistrate Judge Lisa Pupo Lenihan<br>)<br>)  ECF No. 40<br>) |

**ORDER ON DEFENDANT'S MOTION FOR 28 U.S.C. § 1292(B) CERTIFICATION**

For the reasons set forth in the Memorandum Opinion filed on even date herewith:

**IT IS HEREBY ORDERED** that Defendant's Motion requesting modification of the Court's August 11, 2021 Order, ECF No. 40, is **DENIED**.

Dated: October 26, 2021　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LISA PUPO LENIHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge